UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: **16-60958-CIV-MARTINEZ-GOODMAN**

DANI L. MORGAN,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR PRELIMINARY STATUS CONFERENCE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Jonathan Goodman** for a preliminary status conference.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of May, 2016.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record